IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Haven Trust Bank, Atlanta, Georgia, : : : : Plaintiff, : v. : AYESHA PATEL, : MAYUR R. PATEL, : RISHI PATEL, : SONIAL PATEL, and : R C PATEL a/k/a : RAJESH CHANDUBAI PATEL, : Defendants. : | CIVIL ACTION FILE NO. 1:13-cv-00382-CC |

## CONSENT ORDER
## AS TO RISHI PATEL

Upon Plaintiff Federal Deposit Insurance Corporation, as Receiver for Haven Trust Bank, Atlanta, Georgia ("FDIC-R") and Defendant Rishi Patel

1

("Defendant" or "Patel") having settled this matter in accordance with the terms of this Consent Order and that certain Settlement and Release Agreement (the "Settlement Agreement") dated February 4, 2016, and upon consent of counsel for FDIC-R and counsel for Defendant, the following case is hereby placed on the Consent Docket, subject to the following terms and conditions:

1.   Defendant shall perform all obligations under the Settlement Agreement which constitutes a binding settlement agreement enforceable by order of this Court.  Time is of the essence of this order.  Simultaneously with execution of the Settlement Agreement, counsel for FDIC-R and counsel for Defendant have executed a Consent Judgment which will be held by counsel for FDIC-R and not filed unless Defendant defaults in making the Settlement Payments when due as required by the Settlement Agreement.  (A copy of the unfiled Consent Judgment is attached to the Settlement Agreement as **Exhibit "C."**).  Thereafter, counsel for FDIC-R may present the Consent Judgment to the Court for entry and FDIC-R shall have judgment for all principal, interest, costs, actual attorneys' fees and costs and expenses of litigation prayed for in the Complaint against Defendant and Writ of Fi.Fa. shall issue thereon.  Defendant hereby waives the fourteen (14) day period provided under F.R.C.P. 62 with respect to execution and enforcement of any judgment rendered upon a default hereunder.

      IT IS SO ORDERED this 25th day of February, 2016.

                              s/ CLARENCE COOPER
                              CLARENCE COOPER
                              UNITED STATES DISTRICT JUDGE

| **Consented To By:** | **Consented To By:** |
|---|---|
| **ATTORNEY FOR DEFENDANT.** | **ATTORNEYS FOR FEDERAL DEPOSIT INSURANCE COMPANY, as Receiver for Haven Trust Bank, Atlanta, Georgia** |
| /s/ Bryan M. Knight | /s/ Beth E. Rogers |
| Bryan M. Knight | Beth E. Rogers, Georgia Bar No. 612092 |
| Georgia Bar No. 142401 | James F. F. Carroll, Georgia Bar No. 940350 |
| One Midtown Plaza | ROGERS LAW OFFICES |
| 1360 Peachtree Street, Suite 1201 | 100 Peachtree Street, Ste. 1950 |
| Atlanta, GA 30309 | Atlanta, GA 30303 |
| 404-228-4822 phone | 770-685-6320 phone |
| 404-228-4821 fax | 678-990-9959 fax |
| bknight@knightjohnson.com | brogers@berlawoffice.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |
| *Rishi Patel* | |

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Haven Trust Bank, Atlanta, Georgia, | CIVIL ACTION FILE NO. 1:13-cv-00382-CC |
| Plaintiff, v. AYESHA PATEL, MAYUR R. PATEL, RISHI PATEL, SONIAL PATEL, and R C PATEL a/k/a RAJESH CHANDUBAI PATEL, Defendants. | |

## CONSENT JUDGMENT
## AGAINST RISHI PATEL

On or about February 4, 2013, Plaintiff Federal Deposit Insurance Corporation, as Receiver for Haven Trust Bank, Atlanta, Georgia ("FDIC-R" or "Plaintiff") filed suit against, *inter alia*, Defendant Rishi Patel ("Rishi" or

"Defendant") on, *inter alia*, the Rishi Note.[1] FDIC-R and Defendant have consented and agreed to the making of this Consent Judgment. After review and consideration, it is this Court's opinion that this Consent Judgment against Defendant should be granted. Accordingly,

IT IS ORDERED and ADJUDGED, that judgment is awarded in favor of FDIC-R and against Defendant Rishi Patel, in the principal amount of $489,201.91, plus accrued interest in the amount of $480,678.18 to February 2, 2016, plus interest accruing thereafter at the default rate of 16% per annum, together with late and other charges in the amount of $600.00, plus statutory attorneys' fees pursuant to O.C.G.A. § 13-1-11 in the amount of $145,482.02, plus additional statutory attorneys' fees accruing thereafter until the date of entry of this Judgment, plus court costs and costs of collection.

IT IS HEREBY FURTHER ORDERED and ADJUDGED that Plaintiff shall be entitled to interest on the above principal amount at the default rate of 16 % per annum from the date of entry of this judgment until satisfied. The Clerk shall issue a Writ of Execution instanter.

---

[1] All capitalized terms in this Order shall have the meaning assigned in Plaintiff's First Amended Complaint [Doc. No. 15], unless otherwise stated.

IT IS SO ORDERED this **25th** day of February, 2016.

<u>s/ CLARENCE COOPER</u>
JUDGE CLARENCE COOPER
UNITED STATES DISTRICT JUDGE

Consented To By:

**ATTORNEY FOR DEFENDANT**

_____
Bryan M. Knight
Georgia Bar No. 142401
One Midtown Plaza
1360 Peachtree Street, Suite 1201
Atlanta, GA 30309
404-228-4822 phone
404-228-4821 fax
bknight@knightjohnson.com
*Attorney for Defendant*
*Rishi Patel*

_____
Rishi Patel

Prepared and Consented To By:

**ATTORNEYS FOR FEDERAL DEPOSIT INSURANCE COMPANY, as Receiver for Haven Trust Bank, Atlanta, Georgia**

<u>/s/ Beth E. Rogers</u>
Beth E. Rogers, Georgia Bar No. 612092
James F. F. Carroll, Georgia Bar No. 940350
ROGERS LAW OFFICES
100 Peachtree Street, Ste. 1950
Atlanta, GA 30303
770-685-6320 phone
678-990-9959 fax
brogers@berlawoffice.com
*Attorney for Plaintiff*

3